CATHERINE B. MARTINEAU, as Administratrix, etc., Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.*

(Argued April 17, 1895; decided May 3, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 2, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles J. Bissell* for appellant.

*Thomas Raines* for respondent.

Agree to affirm on opinion below.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

JACOB HAUPTMANN et al., as Administrators, etc., Respondents, *v.* THE FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Appellant.

(Argued April 17, 1895; decided May 3, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Joseph A. Burr, Jr.,* for appellant.

*George H. Pettit* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 81 Hun, 263.